UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERNAN OROZCO, | ) | CASE NO. CV 11-10207-JST (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| PAMELA AHLIN, EXECUTIVE DIRECTOR, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

    DATED: <u>August 29, 2012</u>.

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Orozco judgment.wpd